EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br><br> Carolina Toledo Meléndez | 2023 TSPR 122 <br><br> 213 DPR ___ |

Número del Caso:  TS-20,533


Fecha:  3 de octubre de 2023

 Abogada de la parte peticionaria:

Lcda. Karillyn L. Rodríguez Cruz


Materia:  Readmisión al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

Carolina Toledo Meléndez

TS-20,533

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de octubre de 2023.

Examinada la *Moción urgente en cumplimiento de orden del 28 de septiembre de 2023 y reiterando la solicitud de readmisión a la práctica de la abogacía y se autorice el cambio de nombre en el RUA*, presentada por la Sra. Carolina Toledo Meléndez, se provee **ha lugar** a su solicitud de readmisión al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa y a actualizar tanto los registros del Tribunal como el expediente personal de la licenciada Toledo Meléndez, para que conste en éstos que de ahora en adelante aparecerá como, *Carolina Stimson.* Además, se le ordena a la Lcda. Carolina Stimson a actualizar su información de contacto en el RUA.

**Notifíquese**.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo